IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKEY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-06-444-L |
| ) | |
| MARTY SIRMONS, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by the Honorable Bana Roberts on May 11, 2006 in which she recommended that this case be transferred to the United States District Court for the Eastern District of Oklahoma. In his timely filed objections, plaintiff appears to agree that transfer of this matter would be appropriate. Having conducted a *de novo* review, the court finds the Report and Recommendation should be adopted in its entirety. This matter is hereby transferred to the United States District Court for the Eastern District of Oklahoma.

It is so ordered this 23rd day of May, 2006.

*Tim Leonard*
_____
TIM LEONARD
United States District Judge